UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TATE & LYLE TECHNOLOGY LIMITED and TATE & LYLE SUCRALOSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIDP, INC., BEIJING FORBEST CHEMICAL CO., LTD., BEIJING FORBEST TRADE CO., LTD., FORBEST INTERNATIONAL USA, LLC, CHANGZHOU NIUTANG CHEMICAL PLANT CO., LTD., U.S. NIUTANG CHEMICAL, INC., CJ AMERICA, INC., FORTUNE BRIDGE CO., INC., GREMOUNT INTERNATIONAL CO., LTD., GUANGDONG FOOD INDUSTRY INSTITUTE, HEBEI PROVINCE CHEMICAL INDUSTRY ACADEME, HEBEI RESEARCH INSTITUTE OF CHEMICAL INDUSTRY, HEBEI SUKERUI SCIENCE AND TECHNOLOGY, CO., LTD., HEARTLAND PACKAGING CORPORATION, JSZ INTERNATIONAL, INC., L&P FOOD INGREDIENT CO., LTD., LIANYUNGANG NATIPROL (INT'L) CO., LTD., NU-SCAAN NUTRACEUTICALS, LTD., PROFOOD INTERNATIONAL, INC., RULAND CHEMISTRY CO., LTD., SHANGHAI AURISCO INTERNATIONAL TRADING CO., LTD., VIVION, INC, and ZHONGJIN PHARMACEUTICAL (HONG KONG) CO., LTD. <br><br> Defendants. | C.A.No. 07-2050 |

**MOTION TO JOIN AND ADOPT AS ITS OWN DEFENDANTS U.S. NIUTANG CHEMCIAL, INC., CHANGZHOU NIUTANG CHEMICAL PLANT CO., LTD., GUANGDONG FOOD INDUSTRY INSTITUTES, AND L & P INGREDIENT CO., LTD'S MOTIONS TO STAY PURSUANT TO 28 U.S.C. § 1659**

Defendant Heartland Packaging Corporation ("Heartland Packaging"), by counsel, respectfully moves the Court for leave to join and to adopt as its own Defendants U.S. Niutang

1025118_1

Chemical, Inc., Changzhou Niutang Chemical Plant Co., Ltd., Guangdong Food Industries, and L & P Ingredient Co., Ltd.'s motion to stay pursuant to 28 U.S.C. § 1659.

On May 31, 2007, and on June 1, 2007, certain Defendants identified *supra* filed motions, pursuant to 28 U.S.C. § 1659, asking the Court to stay the above-captioned case based upon Plaintiffs' complaint which they have filed with the International Trade Commission. *See* d/e's 20 & 24. As these Defendants noted, 28 U.S.C. § 1659(a) requires a stay upon a request of a party with respect to any claim(s) that involves the same issues before the International Trade Commission and gives the Court discretionary authority to stay proceedings with regard to matters which are similar but not necessarily identical to those being addressed in a related International Trade Commission proceeding. *Id*.

On May 7, 2007, the International Trade Commission instituted an investigation in response to Plaintiffs' Complaint against Heartland Packaging. *See* Exhibit A. Accordingly, this motion is timely. 28 U.S.C. § 1659(a).

Rather than burden the Court with the recitation of repetitious law, Heartland Packaging respectfully asks leave of the Court to join and to adopt as its own its co-Defendants' motions for a stay pursuant to 28 U.S.C. § 1659(a). Heartland Packaging respectfully submits that these motions and the memoranda filed in support thereof correctly state the law and correctly applies the law to the relevant facts in this matter. Therefore, Heartland Packaging respectfully submits that it too is entitled to a stay in this matter.

WHEREFORE, Defendant Heartland Packaging Corporation, by counsel and pursuant to 28 U.S.C. § 1659, respectfully moves the Court for leave to join and to adopt as its own the motions to stay which have been filed by its co-Defendants (*i.e.*, d/e's 20 & 24), for a stay of these proceedings until the date that the determination of the proceedings presently pending

before the International Trade Commission are no longer subject to judicial review and for all other just and proper relief..

> Respectfully submitted,
>
> /s James B. Chapman II
> James B. Chapman II
> Counsel for Heartland Packaging, Corp.
> Dann Pecar Newman & Kleiman, P.C.
> One American Square
> Suite 2300
> Indianapolis, IN  46282
> (317) 632-3232 – Telephone
> (317) 632-2962 – Facsimile
> E-mail:     jchapman@dannpecar.com

1025118_1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the Central District of Illinois' CM/ECF system which will send notification and delivery of such filing to registered participants for the litigation in which this document has been filed.

                      /s James B. Chapman II
                        James B. Chapman II
                        Counsel for Heartland Packaging, Corp.
                        Dann Pecar Newman & Kleiman, P.C.
                        One American Square
                        Suite 2300
                        Indianapolis, IN  46282
                        (317) 632-3232 – Telephone
                        (317) 632-2962 – Facsimile
                        E-mail:    jchapman@dannpecar.com