## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

_____

| | |
|---|---|
| TATE & LYLE TECHNOLOGY LIMITED and | ) |
| TATE & LYLE SUCRALOSE, INC., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )    **Case No. 07-2050** |
| | ) |
| AIDP, INC., et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

A Report and Recommendation (#56) was filed by the Magistrate Judge in the above cause on July 19, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant AIDP's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction and Improper Venue (#41) is GRANTED.

(2) Defendant AIDP is terminated as a party to this litigation based upon lack of personal jurisdiction.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 28th day of August, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE