UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TATE & LYLE TECHNOLOGY LIMITED and TATE & LYLE SUCRALOSE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AIDP, INC., BEIJING FORBEST CHEMICAL CO., LTD., BEIJING FORBEST TRADE CO., LTD., FORBEST INTERNATIONAL USA, LLC, CHANGZHOU NIUTANG CHEMICAL PLANT CO., LTD., U.S. NIUTANG CHEMICAL, INC., CJ AMERICA, INC., FORTUNE BRIDGE CO., INC., GREMOUNT INTERNATIONAL CO., LTD., GUANGDONG FOOD INDUSTRY INSTITUTE, HEBEI PROVINCE CHEMICAL INDUSTRY ACADEME, HEBEI RESEARCH INSTITUTE OF CHEMICAL INDUSTRY, HEBEI SUKERUI SCIENCE AND TECHNOLOGY, CO., LTD., HEARTLAND PACKAGING CORPORATION, JSZ INTERNATIONAL, INC., L&P FOOD INGREDIENT CO., LTD., LIANYUNGANG NATIPROL (INT'L) CO., LTD., NU-SCAAN NUTRACEUTICALS, LTD., PROFOOD INTERNATIONAL, INC., RULAND CHEMISTRY CO., LTD., SHANGHAI AURISCO INTERNATIONAL TRADING CO., LTD., VIVION, INC., and ZHONGJIN PHARMACEUTICAL (HONG KONG) CO., LTD.,<br><br>Defendants. | Case No. 07-2050 |

**ORDER GRANTING IN PART AND DENYING IN PART
CERTAIN DEFENDANTS' MOTIONS TO STAY FURTHER PROCEEDINGS**

Upon consideration of Defendants U.S. Niutang Chemical, Inc.'s and Changzhou Niutang Chemical Plant Co., Ltd.'s Motion to Stay Pursuant to 28 U.S.C. Section 1659 (#20) and supporting papers; Defendants Guangdong Food Industry Institute's and L&P Food Ingredient Co., Ltd.'s Motion To Stay Pursuant To 28 U.S.C. Section 1659 (#24) and supporting papers; Defendants Hebei Sukerui Science and Technology Co., Ltd.'s, Beijing Forbest Chemical Co., Ltd.'s, Beijing Forbest Trade Co., Ltd.'s, Forbest International USA LLC's, and JSZ

International, Inc.'s Joint Motion To Stay Pursuant To 28 U.S.C. Section 1659 (#36) and supporting papers; Defendant Heartland Packaging Corporation's Motion to Join And Adopt As Its Own Defendants U.S. Niutang Chemical, Inc., Changzhou Niutang Chemical Plant Co., Ltd., Guangdong Food Industry Institutes, and L&P Ingredient Co., Ltd.'s Motions To Stay Pursuant To 28 U.S.C. Section 1659 (#40) (collectively, the "Moving Defendants' Requests for a Stay"), and upon consideration of Plaintiffs Tate & Lyle's Opposition in Part to the Moving Defendants' Requests for a Stay, for good cause shown:

**IT IS THEREFORE ORDERED** that motions **(#20), (#24), (#36)**, and **(#40)** are **GRANTED in part** as set forth below.

**IT IS FURTHER ORDERED** that:

(1) proceedings in this action are hereby stayed under 28 U.S.C. § 1659 with respect to U.S. Patent Nos, 4,980,463; 5,498,709; and 7,049,435 that are at issue in the instant action and that are also at issue in Certain Sucralose, Sweeteners Containing Sucralose, and Related Intermediate Compounds Thereof, U.S. International Trade Commission Investigation No. 337-TA-604, until the determination of the U.S. International Trade Commission becomes final; (2) proceedings in this action are hereby stayed in the discretion of the court for purposes of judicial economy with respect to U.S. Patent No. 4,889,928 for a like period of time; however (3) those stays shall not preclude partial or complete interim resolutions of this action by motion with respect to (a) any defendants that are in default (subject to an extension of time to move for their own stay under 28 U.S.C. § 1659 after any vacature of a default judgment); (b) any defendants that submit to a consent order; and/or (c) any defendants that consent to a dispositive motion.

ENTER this 30th day of August, 2007.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE