**E-FILED**
Tuesday, 30 September, 2008  04:43:49 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| TATE & LYLE TECHNOLOGY LIMITED and TATE & LYLE SUCRALOSE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-CV-2050-MPM |
| AIDP, INC., BEIJING FORBEST CHEMICAL CO., LTD., BEIJING FORBEST TRADE CO., LTD., FORBEST INTERNATIONAL USA, LLC, CHANGZHOU NIUTANG CHEMICAL PLANT CO., LTD., U.S. NIUTANG CHEMICAL, INC., CJ AMERICA, INC., FORTUNE BRIDGE CO., INC., GREMOUNT INTERNATIONAL CO., LTD., GUANGDONG FOOD INDUSTRY INSTITUTE, HEBEI PROVINCE CHEMICAL INDUSTRY ACADEME, HEBEI RESEARCH INSTITUTE OF CHEMICAL INDUSTRY, HEBEI SUKERUI SCIENCE AND TECHNOLOGY CO., LTD., HEARTLAND PACKAGING CORPORATION, JSZ INTERNATIONAL, INC., L&P FOOD INGREDIENT CO., LTD., LIANYUNGANG NATIPROL (INT'L) CO., LTD., NU-SCAAN NUTRACEUTICALS, LTD., PROFOOD INTERNATIONAL, INC., RULAND CHEMISTRY CO., LTD., SHANGHAI AURISCO INTERNATIONAL TRADING CO., LTD., VIVION, INC., and ZHONGJIN PHARMACEUTICAL (HONG KONG) CO., LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Chief Judge Michael P. McCuskey  Magistrate Judge David G. Bernthal |
| Defendants. | ) ) | |

## REPORT CONCERNING STATUS OF ITC PROCEEDING

In response to a previous request by the Court, defendants Changzou Nuitang Chemical Plant Co., Ltd., Guangdong Food Industry Institute, L&P Food Ingredient Co., Ltd. and U.S.

A/72667472.1

Niutang Chemical, Inc. provide the following report concerning the status of the parallel ITC investigation, *Certain Sucralose, Sweeteners Containing Sucralose, and Related Intermediate Compounds Thereof*, Inv. No. 337-TA-604.

On September 22, 2008, Judge Bullock of the International Trade Commission issued his Initial Determination finding no violation of Section 337 by any of the participating respondents, including the Niutang and GDFII respondents. A copy of Judge Bullock's findings and conclusions, which is a public document, is attached as Exhibit A. A public version of the entire Initial Determination is not yet available.

Judge Bullock's Initial Determination is subject to review by the Commission. The current target date for the Commission's final determination is January 21, 2009. Pursuant to the agreement between the parties and the Court's previous order of August 30, 2007 (Clerk's No. 60), this action remains stayed, except as set forth in the Court's order, until the Commission's proceedings, including all appeals, have been concluded.

Respectfully submitted,

Dated: September 30, 2008

/s/ Gregory J. Scandaglia__
Gregory J. Scandaglia
Eric J. Muñoz
SCANDAGLIA & RYAN
55 East Monroe, Suite 3930
Chicago, IL  60603
Tel: (312) 580-2020
Facsimile: (312) 782-3806
e-mail: gscandaglia@scandagliaryan.com
        emunoz@scandagliaryan.com

Counsel for Defendants
Guangdong Food Industry Institute,
L&P Food Ingredient Co., Ltd.,
Changzou Nuitang Chemical Plant Co., Ltd., and
U.S. Niutang Chemical, Inc.

Of Counsel:

Gary M. Hnath
Goutam Patnaik
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2008, I electronically filed the foregoing **Report Concerning Status of ITC Proceeding** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

/s/ Gregory J. Scandaglia
Gregory J. Scandaglia
SCANDAGLIA & RYAN
55 East Monroe, Suite 3930
Chicago, IL  60603
Tel: (312) 580-2020
Facsimile: (312) 782-3806
e-mail: gscandaglia@scandagliaryan.com

Counsel for Defendants
Guangdong Food Industry Institute,
L&P Food Ingredient Co., Ltd.,
Changzou Nuitang Chemical Plant Co., Ltd., and
U.S. Niutang Chemical, Inc.