**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **TATE & LYLE TECHNOLOGY LIMITED,** ) <br> and **TATE & LYLE SUCRALOSE, INC.,** ) <br> ) <br> **Plaintiffs,** ) <br> v.    ) <br> ) <br> **AIDP, INC., et al.** ) <br> **Defendants.** ) | **Case No. 07-CV-2050** |

## ORDER

A Report and Recommendation (#74) was filed by Magistrate Judge David G. Bernthal in the above cause on February 26, 2009. On March 6, 2009, Defendant, Heartland Packaging Corporation, filed its Objection to Report and Recommendation (#75). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#74). This court agrees that Plaintiff's Motion for Summary Judgment (#68) should be GRANTED and summary judgment should be entered against Defendant Vivion.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#74) is accepted by this court.

(2) Judgment is entered against Defendant Vivion. A separate order GRANTING summary judgment and entering judgment against Vivion will be filed.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 18th day of March, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE